UNION No. 7 OF THE STATE OF TEXAS, OF BRICKLAYERS AND MASONS OF INTERNATIONAL UNION OF AMERICA ET AL., v. BRICK AND STONE MASONS UNION No. ONE OF TEXAS.

Application No. 23228.   Decided October 19, 1938.
(120 S. W., 2d Series, 248.)

PER CURIAM.

This application is dismissed, W. O. J., for the same reasons that we dismissed application No. 23227, United Brotherhood of Carpenters and Joiners of America, Carpenters Union No. 213, et al., Plaintiffs in Error, v. Carpenters and Joiners Union of Texas, Defendant in Error.

Opinion delivered October 19, 1938.